962

No. 80–5658. Ruiz *v.* Texas. Appeal from Common Ct. at Law No. 1, Hidalgo County, Tex., dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied. Justice Brennan and Justice Stevens would note probable jurisdiction and set case for oral argument.

No. 79–5710. Besser *v.* Graham, Governor of Florida. Sup. Ct. Fla. Motion of petitioner for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated and case remanded for further consideration in light of *Weaver* v. *Graham, ante,* p. 24.

No. 79–5885. Portley *v.* Grossman et al. C. A. 9th Cir. Motion of petitioner for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated and case remanded for further consideration in light of *Weaver* v. *Graham, ante,* p. 24.

No. 79–6574. Matthews *v.* United States. C. A. 3d Cir. Motion of petitioner for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated and case remanded for further consideration in light of *Weaver* v. *Graham, ante,* p. 24.

No. A–714. Schiff *v.* United States. C. A. 2d Cir. Application for recall and stay of mandate, addressed to Justice Brennan and referred to the Court, denied.

No. 80–396. City of Newport et al. *v.* Fact Concerts, Inc., et al. C. A. 1st Cir. [Certiorari granted, 449 U. S. 1060.] Motion of James Clancy for leave to participate in oral argument as *amicus curiae* denied.